# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MELBA RIDGEWAY                                                       PLAINTIFF

v.                                    No. 4:10CV01997 JLH

POPE COUNTY EMS, et al.                                       DEFENDANTS

## **ORDER**

Without objection, the motion to dismiss of Olotor, LLC, d/b/a Walnut Grove Nursing and Rehabilitation Center, is GRANTED. Document #5. Separate defendant Olotor, LLC, d/b/a Walnut Grove Nursing and Rehabilitation Center, is dismissed without prejudice.

IT IS SO ORDERED this 14th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE