# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MELBA RIDGEWAY                                                                                   PLAINTIFF

v.                                    No. 4:10CV01997 JLH

RUSSELLVILLE HOLDINGS, LLC, d/b/a
ST. MARY'S REGIONAL MEDICAL CENTER;
RADIOLOGISTS OF RUSSELLVILLE, P.A.;
WASHINGTON REGIONAL MEDICAL CENTER;
OZARK SURGICAL ASSOCIATES, LLC;
HEALTHSOUTH CORPORATION, d/b/a
HEALTHSOUTH REHABILITATION HOSPITAL
OF FAYETTEVILLE; DEPARTMENT OF HEALTH
AND HUMAN SERVICES; STATE FARM BUREAU
CASUALTY INSURANCE COMPANY; and
SHELTER MUTUAL INSURANCE COMPANY                                     DEFENDANTS

WASHINGTON REGIONAL MEDICAL CENTER                        COUNTER CLAIMANT

v.

MELBA RIDGEWAY                                                                    COUNTER DEFENDANT

## ORDER

Melba Ridgeway has filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Her notice states that she is dismissing defendants Pope County EMS, Olotor, LLC, d/b/a Walnut Grove Nursing Home and Rehabilitation Center, and Continental Life Insurance Company of Brentwood without prejudice. Olotor, LLC, has already been dismissed. The motion is granted with respect to Pope County EMS and Continental Life Insurance Company of Brentwood. Document #10.

IT IS SO ORDERED this 15th day of December, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE